**In re MARRIAGE OF Carol Leigh KRAM and Kenneth Emil Kram.**

**Carol Leigh Kram, Petitioner/Respondent,**

v.

**Kenneth Emil Kram, Respondent/Appellant.**

**No. ED 77136.**

Missouri Court of Appeals, Eastern District, Division Five.

Feb. 13, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 19, 2001.

Application to Transfer Denied April 24, 2001.

Merle L. Silverstein, Rosenblum, Goldenhersh, Silverstein & Zafft, Clayton, for respondent.

Allan H. Zerman, Mary E. Niemira, Zerman & Mogerman, L.L.C., Clayton, for appellant.

Before MARY K. HOFF, KATHIANNE KNAUP CRANE, J., and ROBERT E. CRIST, Sr.J.

*ORDER*

PER CURIAM.

Husband appeals from the trial court's judgment denying his motion to modify the support and maintenance provisions of a dissolution decree. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). No jurisprudential purpose would be served by a written opinion.

Husband's motion to strike wife's brief is denied.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).